Lionel A. OLSON, Petitioner,

v.

DEPARTMENT OF LABOR,
Respondent.

No. 02–3234.

United States Court of Appeals,
Federal Circuit.

July 15, 2002.

*ORDER*

The court has received and filed the petitioner's statement concerning discrimination.

Accordingly,

IT IS ORDERED THAT:

(1) The order of dismissal issued on July 10, 2002 is vacated, the mandate recalled, and the petition for review is reinstated.

(2) Petitioner's brief is due within 60 days from the date of filing of this order.